048999/21061/JNR/JCS

# UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LISA JOHNSON-BARKER, as Administrator of the Estate of MARKUS JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC., THE ILLINOIS DEPARTMENT OF CORRECTIONS; ROB JEFFREYS; JUSTIN YOUNG; NITIN THAPAR; JUSTIN DUPREY, LAWISHA CARTER; MELANIE EASTON; ALEXIS JOSEPH; NURSE DAVIS; ANASTASIA GOIN, KRYSTA KINCAID; SANDY LEMON; TINA MILES; COLLEEN SHULTS; ANGELICA WACHTOR; COURTNEY WALKER-HENRY; VICTOR CALLOWAY; FELICIA ADKINS; JOHN BURGER; DEREK HINCHMAN; MAJOR PICKETT; CORY BROOKS; DANIEL MCELROY; MATTHEW MORRISON; SGT. SHACKMAN; OFFICER ADKINS; BRIAN BAKER; RYAN BELL; JOSHUA HARMON; BROCK HERRIN; THOMAS HUNTER; JESS JENKINS; ALEXANDER KEELING; SCOTT KELLERHAUS; BRADLEY MCCALL; DANIEL POTTER; DAVID SHERRELL; BRANDON WILLIFORD; RAYMOND WITHERS; and ZANE YOUHAS,<br><br>    Defendants. | No. 21-cv-1234<br><br>Judge James E. Shadid |

### CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENT

To: See Attached Service List

  The undersigned, under penalties as provided by law states that on January 23, 2023, the following discovery document was served by emailing a copy to each person to whom directed:

**Supplemental Document Production Bates 2624-2649**

/s/ Joy C. Syrcle
Attorneys for WEXFORD HEALTH SOURCES, INC., JUSTIN YOUNG; JUSTIN DUPREY, NURSE DAVIS; ANASTASIA GOIN, KRYSTA KINCAID; SANDY LEMON; COLLEEN SHULTS; ANGELICA WACHTOR; COURTNEY WALKER-HENRY; and KRISTINA MILES

Joy C. Syrcle
6302066
CASSIDAY SCHADE LLP
3100 Montvale Drive
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jsyrcle@cassiday.com

**SERVICE LIST**

Sarah C Grady
Howard Kaplan
Kaplan & Grady
1953 North Clybourn Ave., Suite 274
Chicago IL 60614
312-852-2184
sarah@kaplangrady.com
howard@kaplangrady.com

Megan E. Murphy
Assistant Attorney General
1776 E. Washington Street
Urbana IL 61802
217-278-3362
Megan.Murhy@ilag.gov

Rodney M. Sharp
Sandberg Phoenix & von Gontard P.C.
600 Washington Avenue, 15th Floor
St. Louis, MO 63101-1313
rsharp@sandbergphoenix.com


11300847