IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LISA JOHNSON-BARKER, as Administrator of the Estate of Markus Johnson, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 21 C 1234 |
| WEXFORD HEALTH SOURCES, INC., et al., | ) ) | Hon. James E. Shadid, Judge |
| Defendants. | ) ) | Hon. Eric I. Long, Mag. Judge |

## JOINT MOTION TO AMEND SCHEDULING ORDER

NOW COMES Plaintiff, LISA JOHNSON-BARKER, as Administrator of the Estate of MARKUS JOHNSON, by and through her attorney, Howard Kaplan of Kaplan & Grady LLC; Defendants, WEXFORD HEALTH SOURCES, INC., JUSTIN YOUNG, , JUSTIN DUPREY, , NURSE DAVIS, ANASTACIA GOIN, KRYSTA KINCAID, SANDY LEMON, COLLEEN SHULTS, ANGELICA WACHTOR, COURTNEY WALKER-HENRY, AND KRISTINA MILES, by and through their attorney, Joy C. Syrcle of Cassiday Schade LLP; Defendants NITIN THAPAR, LAWISHA CARTER, MELANIE EASTON, AND ALEXIS JOSEPH, by and through their attorney, Caleb D. Hawkins of Sandberg Phoenix & von Gontard P.C.; and Defendants ILLINOIS DEPARTMENT OF CORRECTIONS, VICTOR CALLOWAY, FELICIA ADKINS, JOHN BURGER, DEREK HINCHMAN, WILLIAM PICKETT, CORY BROOKS, DANIEL MCELROY, MATTHEW MORRISON, GREGORY ADKINS, BRIAN BAKER, RYAN BELL, JOSHUA HARMON, BROCK HERRIN, THOMAS HUNTER, JESS JENKINS, ALEXANDER KEELING, SCOTT KELLERHALS, BRADLEY MCCALL, DANIEL POTTER, DAVID SHERRELL, BRANDON WILLIFORD, RAYMOND WITHERS, ZANE YOUHAS, AND

SCOTT SHACKMAN, by and through their attorney, Megan Murphy, Assistant Attorney General for the State of Illinois, and for their Joint Motion to Amend Scheduling Order, states as follows:

1. On September 29, 2022, the Court set the following deadlines:

    a) Plaintiff shall disclose experts and provide expert reports by 4/6/2023. Plaintiff shall make any such experts available for deposition by 5/22/2023.

    b) Defendants shall disclose experts and provide expert reports by 6/15/2023. Defendants shall make any such experts available for deposition by 8/1/2023.

    c) Plaintiff shall disclose rebuttal experts, if any, by 8/15/2023. Plaintiff shall make any such experts available for deposition by 9/15/2023.

    d) Fact discovery is to be completed by 3/6/2023.

    e) All discovery, including deposition of experts, is to be completed by 9/15/2023.

    f) The deadline for filing case dispositive motions shall be 10/16/2023.

2. The Parties are actively working on written discovery and have been in frequent contact on document-related issues.

3. The Parties have completed the depositions that had been scheduled prior to the filing of Plaintiff's Motion for Leave to Take Depositions Pursuant to Federal Rule of Civil Procedure 30(a)(2) (Dkt. 90), with the exception of one Defendant deposition that had to be rescheduled to accommodate that Defendant's family needs.[1]

---

[1] Since the filing of Plaintiff's motion (Dkt. 90), Plaintiff has deposed Defendants Anastacia Goin, Krysta Kincaid, Jess Jenkins, Thomas Hunter, Justin Duprey, and Alexis Joseph. Wexford Defendant Melanie Easton is scheduled for April 14. In addition, the remainder of Defendant Shanklin's deposition must be completed.

4. Plaintiff has asked the Defendants if they would agree to present additional Defendants for deposition during the pendency of Plaintiff's deposition motion, but the Defendants will not agree. Accordingly, the Parties await guidance from the Court on Plaintiff's Motion for Leave to Take Depositions (Dkt. 90) before scheduling additional depositions.

5. The Parties agree that, given the large number of Parties and the need to resolve discovery issues still in dispute, additional time is necessary to complete discovery.

6. The Parties respectfully request that the Court extend the period of discovery by four months, and set the following deadlines:

   a) Plaintiff shall disclose experts and provide expert reports by 8/7/2023. Plaintiff shall make any such experts available for deposition by 9/22/2023.

   b) Defendants shall disclose experts and provide expert reports by 10/16/2023. Defendants shall make any such experts available for deposition by 12/1/2023.

   c) Plaintiff shall disclose rebuttal experts, if any, by 12/15/2023. Plaintiff shall make any such experts available for deposition by 1/16/2024.

   d) Fact discovery is to be completed by 7/8/2023.

   e) All discovery, including deposition of experts, is to be completed by 1/19/2024.

   f) The deadline for filing case dispositive motions shall be 2/16/2024.

WHEREFORE, for the above reasons, the Parties respectfully request this Honorable Court grant their Joint Motion to Amend Scheduling Order or such further relief deemed appropriate.

March 3, 2023

        Respectfully submitted,

        /s/ Howard Kaplan
        Howard Kaplan
        *Attorney for Plaintiff*

Howard Kaplan
KAPLAN & GRADY LLC
1953 N. Clybourn Ave., Suite 274
Chicago, Illinois 60614
(312) 852-2614
howard@kaplangrady.com

        /s/ Joy C. Syrcle (with consent)
        Joy C. Syrcle
        *Attorney for the Wexford Defendants*

Joy C. Syrcle
CASSIDAY SCHADE LLP
3100 Montvale Drive
Springfield, IL 62704
(217) 572-1714
jsyrcle@cassiday.com

        /s/ Caleb Hawkins (with consent)
        Caleb Hawkins
        *Attorney for the Wexford*
        *Mental Health Defendants*

Caleb Hawkins
SANDBERG PHOENIX
600 Washington Ave. 15th Fl.
Saint Louis, MO 63101

        /s/ Megan Murphy (with consent)
        Megan Murphy
        *Attorney for the IDOC Defendants*

Megan Murphy
Assistant Attorney General
1776 E. Washington Street
Urbana, IL 61802
(217) 278-3362
megan.murphy@ilag.gov

## CERTIFICATE OF SERVICE

      I, Howard Kaplan, an attorney, hereby certify on March 3, 2023, I caused the foregoing to be filed using the Court's CM/ECF, which effected service on all counsel of record.

                                                                /s/ Howard Kaplan
                                                                Howard Kaplan
                                                                Attorney for Plaintiff