IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LISA JOHNSON-BARKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 21-cv-1234-MMM-RLH |
| | ) |
| WEXFORD HEALTH SOURCES, INC., et al., | ) |
| | ) |
| Defendants. | ) Hon. Michael M. Mihm |

**<u>PLAINTIFF'S MOTION TO DISMISS CERTAIN DEFENDANTS</u>**

Plaintiff Lisa Johnson-Barker, by her undersigned counsel, respectfully requests that, pursuant to Federal Rule of Civil Procedure 41(a)(2), this Court dismiss Defendants Illinois Department of Corrections, Felicia Adkins, Gregory Adkins, Brian Baker, Ryan Bell, Cory Brooks, John Burger, Victor Calloway, Joshua Harmon, Brock Herrin, Derek Hinchman, Thomas Hunter, Jess Jenkins, Alexander Keeling, Scott Kellerhaus, Bradley McCall, Daniel McElroy, Matthew Morrison, William Pickett, Daniel Potter, Scott Schackmann, David Sherrell, Brandon Williford, Raymond Withers, and Zane Youhas from this case with prejudice and with each side bearing their own costs. In support of her motion, Plaintiff states as follows:

1.      Plaintiff has reached a settlement with certain Defendants to resolve Plaintiff's claims against them in this case. Specifically, Plaintiff has reached a settlement as to her claims against Defendants Illinois Department of Corrections, Felicia Adkins, Gregory Adkins, Brian Baker, Ryan Bell, Cory Brooks, John Burger, Victor Calloway, Joshua Harmon, Brock Herrin, Derek Hinchman, Thomas Hunter, Jess Jenkins, Alexander Keeling, Scott Kellerhaus, Bradley McCall, Daniel McElroy, Matthew Morrison, William Pickett, Daniel Potter, Scott Schackmann, David Sherrell, Brandon Williford, Raymond Withers, and Zane Youhas (the IDOC Defendants).

2. As part of that settlement, the parties have agreed that the Defendants identified in paragraph 1 above should be dismissed with prejudice and with each side bearing their own costs.

3. Nothing about this motion or related settlement with the IDOC Defendants has any impact on Plaintiff's claims against the remaining Defendants, including Defendants Wexford Health Sources, Inc., Justin Young, Justin Duprey, Darcy Davis, Anastasia Goin, Krysta Kincaid, Sandy Lemon, Tina Miles, Colleen Shults, Angelica Wachtor, Courtney Walker-Henry, Nitin Thapar, Lawisha Carter, Melanie Easton, or Alexis Joseph, which remain ongoing in this case.

4. Plaintiff has provided this motion to counsel for the IDOC Defendants, who indicated Defendants agree with this motion and the relief sought.

Respectfully submitted,

/s/ Sarah Grady
Sarah Grady
Attorney for Plaintiff

Sarah Grady
Howard Kaplan
David Schmutzer
Terah Tollner
KAPLAN & GRADY
2071 N. Southport Ave., Ste. 205
Chicago, IL 60614
(312) 852-2184
sarah@kaplangrady.com

## **CERTIFICATE OF SERVICE**

      I, Sarah Grady, an attorney, hereby certify that on July 15, 2025, I caused the foregoing to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

      Respectfully submitted,

      /s/ Sarah Grady
      Sarah Grady
      Attorney for Plaintiff